**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| CINDY WAGNER,<br><br>          Plaintiff,<br><br>     v.<br><br>SHASTA COUNTY; SHASTA COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 2:20-cv-00403-JAM-DMC<br>The Hon.  John A. Mendez<br><br>**ORDER RE DISMISSAL OF PLAINTIFF'S FAILURE TO INTERVENE CLAIM WITH PREJUDICE**<br><br><br><br>Trial Date:          02/07/22 |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1

1    1.    The Court hereby **dismisses with prejudice** from plaintiff's Complaint

2 and this civil action, any and all claims alleged against defendant SHASTA

3 COUNTY and DOES 1-20 in plaintiff's **Fifth Cause of Action** for Failure to

4 Intervene under the Eighth Amendment pursuant to 42 U.S.C. § 1983 in its entirety

5 and as to any and all parties.

6    2.    Pursuant to the stipulation of the parties, the foregoing dismissal

7 constitutes a mutual waiver of all costs, court fees, and attorneys' fees arising out of

8 this cause of action, and any and all claims contained therein, between plaintiff and

9 defendant.

10    **IT IS SO ORDERED.**

11

12 DATED:  June 30, 2020        **UNITED STATES DISTRICT COURT,**
                                **EASTERN DISTRICT OF CALIFORNIA**

13

14

15                    _____/s/ John A. Mendez_____

16                     Hon. John A. Mendez,
                       UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER FOR DISMISSAL OF FAILURE TO INTERVENE CLAIM**