1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY WAGNER,<br><br>        Plaintiff,<br><br>    v.<br><br>SHASTA COUNTY; SHASTA COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-00403-JAM-DMC<br>The Hon.  John A. Mendez<br><br>**ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES** |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1     **1.**    The Court hereby orders that the operative scheduling order deadlines

2    [*see* Doc. 14, 31] are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | **08/20/21** | **12/10/21** |
| **Rebuttal Expert Disclosures** | **09/03/21** | **01/07/22** |
| **Discovery Cut-Off** | **10/29/21** | **03/04/22** |
| **Joint Mid-Litigation Statement** | **14 days prior to close of discovery** | **14 days prior to close of discovery** |
| **MSJ Filing** | **12/10/21** | **05/13/22** |
| **Settlement Conference** | **12/03/21** | **05/06/22** |
| **MSJ Hearing Deadline** | **01/25/22 at 1:30pm** | **06/21/22 at 1:30pm** |
| **Final PTC** | **05/20/22 at 11:00am** | **10/21/22 at 11:00am** |
| **Trial** | **06/27/22 at 9:00am** | **11/14/22 at 9:00am** |

    2.    Except as specified herein above, all other dates and deadlines operative

as of the Court's prior scheduling orders [*e.g.* Doc. 14, 31] shall remain unchanged.

    **IT IS SO ORDERED.**

Dated: July 21, 2021          /s/ John A. Mendez
                         THE HONORABLE JOHN A. MENDEZ
                         UNITED STATES DISTRICT COURT JUDGE