Mildred K. O'Linn (State Bar No. 159055)
 *mko@manningllp.com*
Lynn L. Carpenter (State Bar No. 310011)
 *llc@manningllp.com*
John J. Swafford (State Bar No. 321174)
 *jjs@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, SHASTA COUNTY (erroneously named as two separate parties; SHASTA COUNTY and SHASTA COUNTY SHERIFF'S DEPARTMENT)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY WAGNER,<br><br>            Plaintiff,<br><br>      v.<br><br>SHASTA COUNTY; SHASTA COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 2:20-CV-00403-JAM-DMC<br>District Judge John A. Mendez<br>Magistrate Judge Dennis M. Cota<br><br>**ORDER SETTING INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF**<br><br>IME Date: Nov. 12, 2021 at 9:00a.m.<br>Trial Date: TBD |

PURSUANT TO THE JOINT STIPULATION OF THE PARTIES ("Stipulation of the Parties and Joint Request for an Order Setting Independent Medical Examination of Plaintiff"), and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was

presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice:

**ORDER SETTING INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF.**

1. The Court hereby orders and sets November 12, 2021 at 9:00 a.m. as the date and time for plaintiff's IME by Dr. Eldan Eichbaum to occur at 2160 Court Street, Suite B, Redding, CA. 96001.

2. Pursuant to the stipulation of the parties, Defendant's Notice of Motion to Compel Independent Medical Examination of Plaintiff by Dr. Eldan Eichbaum, ECF No. 38, is hereby withdrawn and considered moot.

**IT IS SO ORDERED.**

Dated:  October 15, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE