IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY WAGNER,<br><br>    Plaintiff,<br><br>  v.<br><br>SHASTA COUNTY,<br><br>    Defendant. | No. 2:20-CV-0403-JAM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's counsel's request, No. 46, to appear telephonically at the hearing in this matter scheduled for October 27, 2021, at 2:00 p.m., before the undersigned in Redding, California. Good cause appearing therefor, counsel's request is granted. Counsel may arrange a telephonic appearance through CourtCall.

IT IS SO ORDERED.

Dated:  October 25, 2021

                                        DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE