1  Mildred K. O'Linn (State Bar No. 159055)
     *mko@manningllp.com*
2  Lynn L. Carpenter (State Bar No. 310011)
     *llc@manningllp.com*
3  John J. Swafford (State Bar No. 321174)
     *jjs@manningllp.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999

7
   Attorneys for Defendants, SHASTA
8  COUNTY (erroneously named as two
   separate parties; SHASTA COUNTY and
9  SHASTA COUNTY SHERIFF'S
   DEPARTMENT)
10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY WAGNER,<br><br>   Plaintiff,<br><br>   v.<br><br>SHASTA COUNTY; SHASTA COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No. 2:20-cv-00403-JAM-DMC<br>The Hon. JOHN A. MENDEZ<br><br>**ORDER SEALING DOCUMENT [E.D. Cal. L.R. 141(B)] BY DEFENDANT SHASTA COUNTY** |

**ALL PARTIES AND THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE THAT**, after full consideration of the evidence including moving, opposing, any oral argument of counsel, evidence, and any other evidence the Court deems appropriate, this Court finds that there is good cause to seal Dkt. 43.

///

4873-8053-0944.1

1

ORDER SEALING DOCUMENT

1  IT IS HEREBY ORDERED THAT:

2  Defendant's Request to Seal Document is GRANTED.  Dkt. 43 is now sealed.

4  Dated:  October 25, 2021           /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE