# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY WAGNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY; SHASTA COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-00403-JAM-DMC<br>The Hon. John A. Mendez<br><br>**ORDER CONTINUING CASE MANAGEMENT DEADLINES** |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

///

IT IS HEREBY ORDERED that:

1. The Court hereby orders that the case management deadlines [*see* Doc. 14, 31, 37, 56] are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Rebuttal Expert Disclosures** | 02/11/22 | 02/11/22 (no change) |
| **Discovery Cutoff** | 03/04/22 | 06/03/22 |
| **Joint Mid-Litigation Statement** | 14 days prior to close of discovery | 14 days prior to close of discovery |
| **MSJ Filing** | 05/13/22 | 08/12/22 |
| **MSJ Hearing Deadline** | 06/21/22 at 1:30 p.m. | 10/18/22 at 1:30 p.m. |
| **Final PTC** | 10/21/22 at 11:00 a.m. | 01/06/23 at 11:00 a.m. |
| **Trial** | 11/14/22 at 9:00 a.m. | 02/13/23 at 9:00 a.m. |

2. Except as specified herein above, all other dates and deadlines operative as of the Court's prior scheduling orders [*e.g.* Doc. 14, 31, 37, 56] shall remain unchanged.

**IT IS SO ORDERED.**

DATED:  February 7, 2022          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE