**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CINDY WAGNER, | No. 2:20-CV-0403-JAM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SHASTA COUNTY, | |
| Defendant. | |

        Plaintiff, who is proceeding with retained counsel, brings this civil action. A review of the docket reflects that the parties have filed joint statements regarding two discovery disputes. <u>See</u> ECF Nos. 61 and 63. Both documents indicate the matters are set for hearing before the undersigned in Redding, California, on April 13, 2022, at 10:00 a.m. <u>See id.</u> Neither joint statement, however, is accompanied by a notice of motion and motion as required by Eastern District of California Local Rule 251(a) (March 1, 2022). If the parties wish to preserve a hearing date, they shall file a notice of motion and motion, pursuant to Local Rule, setting forth their respective discovery disputes and relating to the joint statements already on file. Absent notices filed within the time permitted herein, the parties' discovery disputes are not properly before the Court, no hearing will be held on April 13, 2022, and no relief will be granted. Upon the timely filing of notices as described below, the parties' motions will be deemed fully briefed on the prematurely filed joint statements at ECF Nos. 61 and 63 and the related <u>hearing will be advanced</u>

to April 8, 2022, at 10:00 a.m., in Redding, California.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     On or before April 1, 2022, Plaintiff shall file a notice of motion and motion relating to the joint statement at ECF No. 61, in which Plaintiff seeks an order compelling an April 15, 2022, deposition of Defendants' jail practices and use of force expert;

        2.     On or before April 1, 2022, Defendants shall file a notice of motion and motion relating to the joint statement at ECF No. 63, in which Defendants seek an order allowing a second deposition of percipient witness Tony Wagner; and

        3.     The timely filing of notices as described above is required to preserve a hearing before the undersigned on April 8, 2022, at 10:00 a.m., in Redding, California, on the parties' discovery disputes.

        4. Absent timely compliance with the orders herein, there will be no hearing or determination on the relief requested from the Court.

Dated:  March 30, 2022

                                    DENNIS M. COTA  
                                    UNITED STATES MAGISTRATE JUDGE