# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY WAGNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHASTA COUNTY,<br><br>　　　　Defendant. | No. 2:20-CV-0403-JAM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 65, to compel the deposition of Defendant's jail practices and use-of-force expert Robert Fonzi, on April 15, 2022.[1] The parties appeared before the undersigned for a hearing in Redding, California, on April 8, 2022, at 10:00 a.m. Stewart Altemus, Esq., appeared for Plaintiff. Lynn L. Carpenter, Esq., appeared for Defendant. After considering the parties' arguments the matter was submitted.

///

///

///

///

---

[1] Also before the Court is Defendant's motion, ECF No. 66, to compel the second deposition of percipient witness Tony Wagner. That motion will be addressed separately following submission of optional supplemental briefing on or before April 13, 2022.

1

1    This action proceeds on Plaintiff's original complaint, filed in the Shasta County Superior Court and removed to this court under the court's federal question jurisdiction. See ECF No. 1. Plaintiff alleges excessive force during her incarceration at the Shasta County Jail in Redding, California. See id. Pursuant to the most recent modified scheduling order, the deadline to complete all discovery is June 3, 2022. See ECF No. 60. The pending motions to compel are timely.

   Plaintiff seeks an order compelling the deposition of Defendant's jail conditions and use-of-force expert Robert Fonzi, which is scheduled for April 15, 2022. The parties' arguments as to the Fonzi deposition are set forth in the joint statement at ECF No. 61. Plaintiff has noticed the in-person deposition of Defendant's jail practices and use-of-force expert Robert Fonzi to take place within 12 miles of Yucaipa, California, where Mr. Fonzi resides. See ECF No. 61, pg. 10. Based on the parties' joint statement, at issue are: (1) whether Mr. Fonzi's deposition will take place in-person or remotely; and (2) whether Plaintiff must agree to pay a minimum up-front fee of $3,000.00 for Mr. Fonzi's deposition testimony regardless of the amount of time the deposition lasts or a reasonable hourly rate. See id. at 10-13. At the hearing, the parties represented that they had reached an agreement as to the first issue and that Mr. Fonzi's deposition will be in-person.

   As to the second issue, under Federal Rule of Civil Procedure 26(b)(4)(A), a party may depose any person who has been identified as an expert witness whose opinions may be presented at trial. Under Rule 26(b)(4)(E)(i), the Court must require that the party seeking to take an expert witnesses' deposition pay the witness a "reasonable fee for time spent in responding to discovery under Rule 26(b)(4)(E). . . ." Because the rule requires a reasonable fee for time spent, experts are entitled to a reasonable hourly rate for the actual time spent in a deposition, not a flat fee regardless of the time spent. Thus, Defendant's demand that Mr. Fonzi be paid a $3,000.00 flat minimum fee is rejected.

///
///
///

1  As to the hourly rate, the Court finds $500.00 per hour to be reasonable given
2  Mr. Fonzi's background, experience, and expertise.  Based on Plaintiff's counsel representation
3  that Mr. Fonzi's deposition will likely take approximately two hours, the Court directs
4  Plaintiff's counsel to present Mr. Fonzi with a check at the beginning of the deposition for
5  $1,000.00.  Plaintiff's counsel shall also be prepared to pay Mr. Fonzi at the conclusion of the
6  deposition for any time beyond two hours.
7  Accordingly, IT IS HEREBY ORDERED that:
8  1. Plaintiff's motion, ECF No. 65, to compel the deposition of Robert
9  Fonzie is granted;
10  2. Plaintiff shall pay Mr. Fonzi a reasonable rate for his deposition
11  testimony of $500.00 per hour;
12  3. Plaintiff's counsel shall present Mr. Fonzi with a check for $1,000.00 at
13  the commencement of the deposition and shall pay Mr. Fonzi at the conclusion of the
14  deposition an amount consistent with an hourly rate of $500.00 per hour for any time Mr. Fonzi
15  is deposed in excess of two hours.

17  Dated:  April 8, 2022

   DENNIS M. COTA
   UNITED STATES MAGISTRATE JUDGE

3