# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY WAGNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY; SHASTA COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-00403-JAM-DMC<br><br>ORDER |

Good cause appearing therefor based on the distance between counsel's offices in Los Angeles and the courthouse in Redding, counsel for Defendant Shasta County's request to appear telephonically at the hearing on Plaintiff's Renewed Motion to Compel scheduled for August 17, 2022, at 10:00 a.m. before the Honorable Dennis M. Cota is hereby granted. Counsel shall arrange telephonic appearance via CourtCall.

IT IS SO ORDERED.

Dated:  August 3, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER RE DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON PLAINTIFF'S MOTION TO COMPEL SET FOR AUGUST 17, 2022