# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY WAGNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY; SHASTA COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-00403-JAM-DMC<br>The Hon. JOHN A. MENDEZ<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment on Claims 1-4,

IT IS HEREBY ADJUDGED that Claims 1-4 of the Complaint in this action are dismissed with prejudice.

DATED: November 2, 2022        /s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE