IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY WAGNER,<br><br>   Plaintiff,<br><br>  v.<br><br>SHASTA COUNTY,<br><br>   Defendant. | No. 2:20-CV-0403-JAM-DMC<br><br><br>ORDER |

   Plaintiff, who is proceeding with retained counsel, brings this civil action.[1] By this order, the Court awards reasonable expenses following its order granting Plaintiff's motion to quash, ECF No. 80.

   Plaintiff seeks an award of reasonable expenses in the amount of $1,750.00. See ECF No. 79-1. The requested amount is supported by the declaration of Plaintiff's counsel, who spent five hours on the discovery motion at a rate of $350.00 per hour. See id. The Court has reviewed Defendant's response to Plaintiff's counsel's declaration in support of an award of reasonable costs. See ECF No. 81. The defense response largely restates arguments in

---

[1] On November 2, 2022, the District Judge granted summary judgment in Defendant's favor on all federal claims and declined to exercise supplemental jurisdiction over remaining state law claims. See ECF No. 105. Judgement was entered on November 3, 2022. See ECF No. 107. On November 29, 2022, Defendant filed a bill of costs, which is set for hearing before the District Judge on January 24, 2023. On December 1, 2022, Plaintiff filed a motion to remand the remaining state law claims to state court. See ECF No 110. That motion, which is unopposed, is also set for hearing before the District Judge on January 24, 2023.

1

opposition to Plaintiff's discovery motion which the Court has rejected. See id. The defense declaration does not indicate that the amount requested by Plaintiff is unreasonable. The Court, therefor, finds the amount requested to be reasonable and will award expenses to Plaintiff in the amount of $1,750.00.

Also before the Court are Defendant's motion, ECF No. 83, to strike Plaintiff's counsel's declaration in response to the defense response regarding reasonable expenses, and Plaintiff's request, ECF No. 109, for a status on the award of reasonable expenses. Defendant's motion to strike will be granted as the Court did not authorize a response to the defense response regarding reasonable expenses. Plaintiff's request for status will be granted insofar as the Court herein awards reasonable expenses to Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is awarded reasonable expenses in the amount of $1,750.00, such amount to offset any award of costs issued by the District Judge pursuant to Defendant's bill of costs, set for hearing on January 24, 2023.

2. Defendant's motion to strike, ECF No. 83, is granted.

3. Plaintiff's declaration at ECF No. 82 is stricken.

4. Plaintiff's request for status, ECF No. 109, is granted.

Dated: January 6, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE